

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Luis Martinez and Anna        * From the 385th District Court
Maria Martinez,                           of Midland County
                                         Trial Court No. CV 51,197.

Vs. No. 11-17-00219-CV         * August 1, 2019

Jacob Eric Lemense and Jared     * Memorandum Opinion by Stretcher, J.
Million, individually and d/b/a       (Panel consists of: Bailey, C.J.,
Strong Tower Electric,                Stretcher, J., and Wright, S.C.J., sitting
                                         by assignment)
                                         (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.  The costs incurred by reason of this appeal are taxed against Luis Martinez and Anna Maria Martinez.